IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK CARTER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | CASE NO. 2:25-CV-74-WKW [WO] |
| JOHN CROW, III, | ) ) | |
| Respondent. | ) ) | |

## **ORDER**

Frederick Carter, an Alabama inmate at the Elmore Correctional Facility, commenced this action by filing a petition seeking habeas corpus relief under 28 U.S.C. § 2254. (Doc. # 1.) In his petition, Mr. Carter challenges his felony murder conviction and the resulting life sentence imposed by the Circuit Court of Jefferson County, Alabama.

Pursuant to 28 U.S.C. § 2241(d), Mr. Carter may file his § 2254 habeas petition in either (a) the federal district court for the district where he is incarcerated (the Middle District of Alabama, where the Elmore Correctional Facility is located), or (b) the federal district court for the district where the state court that convicted and sentenced him is located (the Northern District of Alabama, where the Circuit Court of Jefferson County sits). Section 2241(d) grants this court the discretion to transfer the petition "in furtherance of justice" to "the district court for the district

within which the State court was held which convicted and sentenced [the petitioner]." 28 U.S.C. § 2241(d).

Mr. Carter seeks relief in the form of exoneration of his conviction and sentence entered by the Circuit Court of Jefferson County in the Northern District of Alabama. The Northern District is more familiar with the state court system in that district and would be more convenient for potential witnesses if an evidentiary hearing is required. Additionally, records and witnesses related to this matter are likely to be located in Jefferson County. Given these circumstances, transferring this case to the United States District Court for the Northern District of Alabama would best serve the interests of justice and judicial economy.[1]

Accordingly, it is ORDERED that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 2241(d).

DONE this 18th day of February, 2025.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] In transferring this action, the court does not make any determination regarding the merits of the petition.